ENTERED ON DOCKET

1/5/00 _____ PURSUANT

# UNITED STATES DISTRICT COURT FOR THE ~~TO FRCP RULES 58 & 79a~~
## DISTRICT OF PUERTO RICO

MARTHA ROMERO HUERTAS,
  Plaintiff,

v.                                                Civil No. 97-2843 (HL)

CHRISTIAN CENTER OF HOPE, INC.,
et al.,
  Defendants.

RECEIVED & FILED
'00 JAN -5 AM 6:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

The Court having issued an Opinion and Order on this same date, judgment is

hereby entered dismissing this case without prejudice.

IT IS SO ORDERED
In San Juan, Puerto Rico
This 30th day of December, 1999

HECTOR M. LAFFITTE
Chief United States District Judge

4